UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW TROULLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| ROCHE DIAGNOSITICS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1.      Plaintiff, Andrew Troullier ("Troullier" or "Plaintiff"), by counsel, brings this action against Defendant, Roche Diagnostics Corporation ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e et. seq. and the Virginia Human Rights Act ("VHRA") (VA Code Ann. § 2.2-3905).

**II. PARTIES**

2.      At all relevant times to this action, Troullier was a resident of Virginia.

3.      Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4.      Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367; and 42 U.S.C. §2000e-5(f)(3).

5.      Jurisdiction is conferred on Trouiller's state law claims pursuant to 28 U.S.C.§1367 because his state law claims arise from the same common nucleus of operative

facts as her federal law claims and all of his claims form a single case and controversy under

Article III of the United States Constitution.

6.    Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b) and

VHRA § 2.2-3905.

7.    Troullier was an "employee," as that term is defined by 42 U.S.C. §2000e(f) and

VHRA § 2.2-3905.

8.    Troullier satisfied his obligation to exhaust his administrative remedies, having

timely filed a Charge of Discrimination (Charge No. 437-2022-00149) with the U.S. Equal

Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination

based on his religion. Troullier received the required Notice of his Right to Sue on September 18,

2023, and timely files this action.

9.    A substantial part of the events, transactions, and occurrences relevant to this

lawsuit arose within the geographical environs of the Southern District of Indiana; thus, the

venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

10.    Troullier began working for Defendant in or around March 2018 as an Associate

Field Engineering Specialist.  On or around October 2021, Troullier was promoted to a Field

Engineering Specialist.

11.    At all relevant times, Troullier met or exceeded Defendant's legitimate

performance expectations.

12.    On or around September 15, 2021, Defendant enacted a COVID-19 Vaccine

Mandate ("Mandate"). The Mandate required that every employee be vaccinated by November

15, 2021. Defendant created a process under the Mandate for religious and medical exemptions.

13.     On or around September 22, 2021, Troullier, a Lutheran, submitted a religious exemption request ("Request").  In his Request, Troullier attested to his sincerely held beliefs and how they prevented him from receiving one of the Mandated covid vaccines.

14.     As an accommodation, Troullier agreed to wear a mask, social distance, and submit to weekly testing in order to continue in his current role.  This was already Defendant's policy prior to November 15, 2021, and remained a requirement for all unvaccinated individuals after November 15, 2021.

15.     Defendant accepted Troullier's sincerely held beliefs and initially approved his Request.

16.     However, on Friday, November 3, 2021, Defendant informed Troullier that his accommodation approval had been rescinded and he had until Monday, November 15, 2021, to locate a non-customer facing role or be terminated.

17.     On November 15, 2021, Troullier was terminated by the Defendant.

18.     Troullier has been damaged as a result of Defendant's actions.

## V. CAUSES OF ACTION

### COUNT I: Religious Discrimination

19.     Troullier hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint as if the same were set forth at length herein.

20.     Troullier was discriminated against on the basis of his sincerely held religious beliefs by failing to engage in the interactive process in good faith and denying him opportunities for reasonable accommodations.

21.     Plaintiff was discriminated against based on his sincerely held religious belief when he was subject to less favorable terms and conditions in his employment and when his religious accommodation request was denied.

22.     Defendant discriminated against Plaintiff on the basis of his sincerely held religious beliefs by subjecting him to disparate treatment/impact.

23.     Defendant's unlawful actions were intentional, willful, and in reckless disregard of Troullier's rights as protected by Title VII and VHRA.

24.     Troullier suffered and continues suffering damages as a result of Defendant's unlawful actions.

## VI. <u>REQUESTED RELIEF</u>

WHEREFORE, Plaintiff, Andrew Troullier, respectfully requests that this court enter judgment in his favor and award him the following relief:

1.     Reinstate Troullier's employment to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions and/or payment to Troullier of front pay in lieu thereof;

2.     Award all wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3.     Award Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4.     Award compensatory damages for violations of Title VII and VHRA;

5.     Award punitive damages for violations of Title VII and VHRA;

6.     Award all costs and attorney's fees incurred as a result of bringing this action;

7.     Award pre-and post-judgment interest on all sums recoverable; and

8.      Award all other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  */s/ Taylor Ferguson*_____
Taylor Ferguson
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: tferguson@bdlegal.com
      ad@bdlegal.com
*Counsel for Plaintiff, Andrew Troullier*

## DEMAND FOR JURY TRIAL

Plaintiff, Andrew Troullier, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  */s/ Taylor Ferguson*_____
Taylor Ferguson
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: tferguson@bdlegal.com
      ad@bdlegal.com
*Counsel for Plaintiff, Andrew Troullier*